PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SOUN MUEY SAECHAO,<br><br>            Defendant. | CASE NO. 3:09-MJ-00061-AC<br><br>**[PROPOSED] ORDER** |

   Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Complaint is dismissed against Soun Muey Saechao. Any pending warrant against the above-captioned defendant is recalled.

DATED: July 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE